**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-6217**

───────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KYLE JOSEPH MOMON, a/k/a Moo-Moo, a/k/a Cow,
a/k/a Calvin Flavor, a/k/a Flavor-Flave,

                                        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Terrence W. Boyle, Chief
District Judge.  (CR-92-70-4-1-BO)

───────────────

Submitted:  April 16, 2003          Decided:  May 5, 2003

───────────────

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kyle Joseph Momon, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kyle Joseph Momon appeals the district court's order denying his 18 U.S.C. § 3582(c) motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Momon, No. CR-92-70-4-1-BO (E.D.N.C. Sept. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2